STATE OF MINNESOTA

FILED  FIRST JUDICIAL DISTRICT
DAKOTA COUNTY, Court Administrator
JUN 0 2 2025

DISTRICT COURT

COUNTY OF DAKOTA

FIRST JUDICIAL DISTRICT

Case Type: Civil/Others/Misc.

Damien Lashaun Nelson

Court File No: 19HA-CV-25-3514

Plaintiff,

v.

SUMMONS

Burnsville Police Department and Detective Brad Robert Litke, Officer Nickolas Larson, Ray Gutzman, Police Officers John Doe and Jane Doe 1-3, Burnsville Employees; whose identities are presently unknown to Plaintiff, in their individual and Official Capacities,
Defendant(s).

KNOWN CONTACT INFORMATION for Defendant:

Name: 1. **Burnsville Police Department**

100 Civic Center Parkway.

Burnsville, Minnesota 55337

Phone (952)-895-5600

2. **Detective Bradley (Brad) Litke**

100 Civic Center Parkway.

Burnsville, Minnesota 55337

Phone (952)-895-5600

EXHIBIT B

3. Officer Nick Larson

    100 Civic Center Parkway.

    Burnsville, Minnesota 55337

    Phone (952)-895-5600

and/or Address: _____

City: _____ State: _____ Zip code: _____

Phone: _____

4. Officer Ray Gutzman

    100 Civic Center Parkway.

    Burnsville, Minnesota 55337

    Phone (952)-895-5600

and/or Address: _____

City: _____ State: _____ Zip code: _____

Phone: _____

**THIS SUMMONS IS DIRECTED** TO ALL LISTED AND UNLISTED DEFENDANT(S).

1. YOU ARE BEING SUED. The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is **attached** to this **Summons.** *Do not throw these papers away*. They are official papers that affect your rights. You Must

EXHIBIT B

respond to this lawsuit even though it may not yet be filed with the Courts and there may be no Court file number on this Summons.

2. **YOU MUST REPLY WITHIN 21 DAYS TOO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons a written response called an Answer within 21 days of the date on which you received this Summons. You must send a copy of you Answer to the person who signed this Summons located at:

**Damien Lashaun Nelson**
**970 Pickett Street North**
**Bayport, Minnesota 55003-1489 USA**

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT, TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not answer within 21 Days, you will lose this case. If you do not want to contest the claims as stated in the Complaint, you do not need to respond. A default judgement can be entered against you for the relief requested in the Complaint.

**EXHIBIT B**

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the *Court Administrator* may have information about the places you can get legal assistance.

6. **ALTERNATE DISPUTE RESOLUTION (ADR).** The parties may agree to or be ordered to participate in an alternate dispute resolution process under **Rule 114 of the Minnesota General Rules of Practice.** You must still send your written response to the Complaint even if you expect to use alternate means of resolving this dispute.

/s/ *Damien Lashaun Nelson*

Dated: May 23rd 2025

Damien Lashaun Nelson
970 Pickett Street North
Bayport, Minnesota 55003-1489 USA

I, the undersigned, herby affirm under penalty of perjury that the above and foregoing statements are true and correct.

Subscribed and affirmed on this 23 day of May 2025.

/s/ *Damien Lashaun Nelson*

Damien Lashaun Nelson
970 Pickett Street North
Bayport, Minnesota 55003-1489 USA
Email:Damien.Lashaun1989@Gmail.com
Phone No. (901)-653-4522

EXHIBIT B