

Dakota County Sheriff's Office
Civil Division
1580 Highway 55
Hastings, MN 55033-0247
651-438-4780

## AFFIDAVIT OF SERVICE

ATTORNEY/COURT FILE#: 19HACV253514

I,

THOMAS, ANDREW; Special Duty Deputy; 160

HEREBY CERTIFY THAT ON

6/17/2025 AT 12:53:00 PM

IN THE CITY OF

BURNSVILLE

IN THE SAID COUNTY OF Dakota   STATE OF MINNESOTA

I DULY SERVED THE FOLLOWING DOCUMENT(S):

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

UPON THE FOLLOWING PARTY:

RAY GUTZMAN

BY PERSONALLY LEAVING A COPY WITH:

a person of suitable age and discretion then residing therein at usual place of abode,

AT THE FOLLOWING ADDRESS:
100 CIVIC CENTER PKWY BURNSVILLE, MN 55337

SERVED STAFF AT PD

THOMAS, ANDREW; Special Duty Deputy; 160

RECORD #: 219661       7/3/2025   EXHIBIT C  Page 4 of 4       CASE #: 25002799



Dakota County Sheriff's Office
Civil Division
1580 Highway 55
Hastings, MN 55033-0247
651-438-4780

# AFFIDAVIT OF SERVICE

ATTORNEY/COURT FILE #: 19HACV253514

I, THOMAS, ANDREW; Special Duty Deputy; 160

HEREBY CERTIFY THAT ON

7/3/2025 AT 7:56:00 AM

IN THE CITY OF BURNSVILLE

IN THE SAID COUNTY OF Dakota   STATE OF MINNESOTA

I DULY SERVED THE FOLLOWING DOCUMENT(S):

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

UPON THE FOLLOWING PARTY:
NICK LARSON

BY PERSONALLY LEAVING A COPY WITH:
NICK LARSON

AT THE FOLLOWING ADDRESS:
100 CIVIC CENTER PKWY BURNSVILLE, MN 55337

THOMAS, ANDREW; Special Duty Deputy; 160



**Dakota County Sheriff's Office**
Civil Division
1580 Highway 55
Hastings, MN 55033-0247
651-438-4780

## AFFIDAVIT OF SERVICE

ATTORNEY/COURT FILE#: 19HACV253514

I, THOMAS, ANDREW; Special Duty Deputy; 160

HEREBY CERTIFY THAT ON

6/17/2025 AT 12:56:00 PM

IN THE CITY OF BURNSVILLE

IN THE SAID COUNTY OF Dakota   STATE OF MINNESOTA

I DULY SERVED THE FOLLOWING DOCUMENT(S):

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

UPON THE FOLLOWING PARTY:
**BURNSVILLE POLICE DEPARTMENT**

BY PERSONALLY LEAVING A COPY WITH:

AT THE FOLLOWING ADDRESS:
**100 CIVIC CENTER PARKWAY BURNSVILLE, MN 55337**

SERVED STAFF AT PD

THOMAS, ANDREW; Special Duty Deputy; 160

RECORD #: 219661   7/3/2025   EXHIBIT C Page 1 of 4   CASE #: 25002799



Dakota County Sheriff's Office  
Civil Division  
1580 Highway 55  
Hastings, MN 55033-0247  
651-438-4780

## AFFIDAVIT OF SERVICE

ATTORNEY/COURT FILE #: 19HACV253514

I, THOMAS, ANDREW; Special Duty Deputy; 160

HEREBY CERTIFY THAT ON 6/17/2025 AT 12:53:00 PM

IN THE CITY OF BURNSVILLE

IN THE SAID COUNTY OF Dakota   STATE OF MINNESOTA

I DULY SERVED THE FOLLOWING DOCUMENT(S):

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

UPON THE FOLLOWING PARTY:  
**BRADLEY ROBERT LITKE**

BY PERSONALLY LEAVING A COPY WITH:

a person of suitable age and discretion then residing therein at usual place of abode,

AT THE FOLLOWING ADDRESS:  
**100 CIVIC CENTER PKWY BURNSVILLE, MN 55337**

SERVED STAFF AT PD

_signature_

THOMAS, ANDREW; Special Duty Deputy; 160

RECORD #: 219661        7/3/2025        EXHIBIT C   Page 2 of 4        CASE #: 25002799