Filed in District Court
State of Minnesota
06/02/2025

**State of Minnesota**  **District Court**

County of: Dakota                        Court File Number: 19HA-CV-25-3514

Judicial District: First                  Case Type: Civil Other/Misc.

Damien Lashaun Nelson

**Plaintiff/Petitioner**

VS/AND Burnsville Police Department, Officer Brad Robert Litke,
Officer Nick Larson, Officer Ray Gutzman, Police Officerts John Doe and
Jane Doe 1-3, Burnsville Employees; whose identities are presently
unknown to Plaintiff in their individual and official capacities

**Defendant/Respondent**

## Order Granting Inmate Fee Waiver Request
Minn. Stat. § 563.02

Based on the affidavit of the applicant, __Damien Lashaun Nelson__, and the authority of Minn. Stat. § 563.02,

**IT IS ORDERED:**

1. The applicant is authorized to proceed under a full or partial fee waiver.

2. ☒ The applicant shall not be required to pay any fees, costs, and security.

    **OR**

    ☐ The applicant is authorized to proceed upon the initial payment to the Court of $_____ (which is 50% of the balance of the inmate account). The Commissioner of Corrections is directed to withdraw this amount and shall continue making withdrawals from the inmate's account and forward the amounts withdrawn to the court administrator at intervals as the applicable funds equal at least $10 until the entire filing fee of $_____ has been paid. *

3. All necessary pleadings in this proceeding shall be served by the sheriff of the appropriate county as requested without paying any fees or costs.

4. If funds are recovered by either settlement or judgment in this action, the costs deferred, and expenses directed by the Court to be paid in this order shall be included in

**EXHIBIT D**

such settlement or judgment and shall be paid directly to the court administrator by the opposing party.

5. This order expires one year from the date of this order, unless otherwise amended or altered by the court.

| Recommended by: | | BY THE COURT: *Daniel N. Lutz* | Digitally signed by Lutz, David Date: 2025.06.02 16:05:09 -05'00' |
|---|---|---|---|
| Referee of District Court | Date | Judge of District Court | Date |

**\* NOTICE TO INMATE:** If you choose not to proceed under this provision, you must notify the Commissioner of Corrections immediately to stop the withdrawal of funds. Your pleadings will not be returned to start service of the action until payment has been received by the Court.

EXHIBIT D