## MINNESOTA
## JUDICIAL BRANCH
### MINNESOTA COURT RECORDS ONLINE (MCRO)

---

## Case Details (Register of Actions)

Search executed on 07/08/2025 09:58 AM

### Case Information

**Case Number:** 19HA-CV-25-3514

**Case Title:** DAMIEN LASHAUN NELSON vs Burnsville Police Department, Officer Brad Robert Litke, Officer Nick Larson, Officer Ray Gutzman, Police Officers John Doe and Jane Doe 1-3, Burnsville Employees; whose identities are presently unknown to Plaintiff in their individual and Official Capacities

**Case Type:** Civil Other/Misc.

**Date Filed:** **06/02/2025**

**Case Location:** Dakota County, Dakota, Hastings - Non - Criminal

**Judicial Officer:** Morales, Luis

**Case Status:** Open

### Party Information

**Plaintiff**      Self-Represented Litigant
**NELSON, DAMIEN LASHAUN**
DOB: 06/25/1989
Bayport, MN 55003

---

**Defendant**      Self-Represented Litigant
**Burnsville Police Department**
Burnsville, MN 55337

---

**Defendant**      Self-Represented Litigant
**Gutzman, Ray**
Burnsville, MN 55337

---

**Defendant**      Self-Represented Litigant

EXHIBIT E

**Larson, Nick**
Burnsville, MN 55337

**Defendant**                              Self-Represented Litigant
**Litke, Brad Robert**
Burnsville, MN 55337

---

## Case Events

| 07/07/2025 | Certify Personal Service<br>Index #12 | 4 pages |
|---|---|---|
| 06/24/2025 | Notice of Deficiency<br>Party: Plaintiff NELSON, DAMIEN LASHAUN<br>Index #11 | 3 pages |
| 06/05/2025 | Notice of Filing of Order<br>Index #10 | 1 page |
| 06/05/2025 | Notice of Case Assignment<br>Judicial Officer: Morales, Luis<br>Index #9 | 2 pages |
| 06/03/2025 | Order-Other<br>Judicial Officer: Lehmann, Christopher J.<br>Index #8 | 1 page |
| 06/03/2025 | Notice of Filing of Order<br>Index #7 | 1 page |
| 06/02/2025 | Order Granting Fee Waiver<br>Judicial Officer: Lutz, David N.<br>Index #6 | 2 pages |

EXHIBIT E

| 06/02/2025 | Proposed Order or Document | |
|---|---|---|
| | Index #5 | 2 pages |

| 06/02/2025 | Notice of Deficiency | |
|---|---|---|
| | Index #4 | 3 pages |

| 06/02/2025 | Affidavit to Request Fee Waiver | |
|---|---|---|
| | Party: Plaintiff NELSON, DAMIEN LASHAUN | |
| | Index #3 | |

| 06/02/2025 | Complaint-Civil | |
|---|---|---|
| | Index #2 | 9 pages |

| 06/02/2025 | Summons | |
|---|---|---|
| | Index #1 | 4 pages |

---

**Financial Information**

**Plaintiff - NELSON, DAMIEN LASHAUN**

| | | |
|---|---|---|
| Fines and Fees | $ | 300.00 |
| Total Payments and Credits | - $ | 300.00 |
| Current Balance as of 07/08/2025 | $ | 0.00 |

**Transaction Details**

| 06/03/2025 | Credit-IFP/Fee Waiver | - $ | 300.00 |
|---|---|---|---|
| 06/03/2025 | Charge | $ | 300.00 |

Search executed on 07/08/2025 09:58 AM

**EXHIBIT E**

FILED    FIRST JUDICIAL DISTRICT
DAKOTA COUNTY, Court Administrator

JUN 0 2 2025

**STATE OF MINNESOTA**                                    **DISTRICT COURT**

**COUNTY OF DAKOTA**                          **FIRST JUDICIAL DISTRICT**

                                              **Case Type: Civil/Others/Misc.**

---

**Damien Lashaun Nelson**                    Court File No: 19HA-CV-25-*3514*

            **Plaintiff,**

v.                                                          **SUMMONS**


**Burnsville Police Department and
Detective Brad Robert Litke, Officer
Nickolas Larson, Ray Gutzman, Police
Officers John Doe and Jane Doe 1-3,
Burnsville Employees; whose identities
are presently unknown to Plaintiff, in
their individual and Official Capacities,
            Defendant(s).**

---

**KNOWN CONTACT INFORMATION for Defendant:**


Name: 1. **Burnsville Police Department**

            **100 Civic Center Parkway.**

            **Burnsville, Minnesota 55337**

            **Phone (952)-895-5600**


2. **Detective Bradley (Brad) Litke**

            **100 Civic Center Parkway.**

            **Burnsville, Minnesota 55337**

            **Phone (952)-895-5600**


EXHIBIT E

**3. Officer Nick Larson**

      **100 Civic Center Parkway.**

      **Burnsville, Minnesota 55337**

       **Phone (952)-895-5600**

**and/or Address: _____**

**City: _____ State: _____ Zip code: _____**

**Phone: _____**


**4. Officer Ray Gutzman**

      **100 Civic Center Parkway.**

      **Burnsville, Minnesota 55337**

      **Phone (952)-895-5600**

**and/or Address: _____**

**City: _____ State: _____ Zip code: _____**

**Phone: _____**


**THIS SUMMONS IS DIRECTED TO ALL LISTED AND UNLISTED DEFENDANT(S).**


1. **YOU ARE BEING SUED. The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you is attached to this Summons.** *Do not throw these papers away*. **They are official papers that affect your rights. You Must**

EXHIBIT E

**respond to this lawsuit even though it may not yet be filed with the Courts and there may be no Court file number on this Summons.**

2. **YOU MUST REPLY WITHIN 21 DAYS TOO PROTECT YOUR RIGHTS.**

   You must give or mail to the person who signed this summons a written response called an Answer within 21 days of the date on which you received this Summons. You must send a copy of you Answer to the person who signed this Summons located at:

   **Damien Lashaun Nelson**
   **970 Pickett Street North**
   **Bayport, Minnesota 55003-1489 USA**

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT, TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not answer within 21 Days, you will lose this case. If you do not want to contest the claims as stated in the Complaint, you do not need to respond. A default judgement can be entered against you for the relief requested in the Complaint.

EXHIBIT E

5. **LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the ***Court Administrator*** may have information about the places you can get legal assistance.

6. **ALTERNATE DISPUTE RESOLUTION (ADR).** The parties may agree to or be ordered to participate in an alternate dispute resolution process under **Rule 114 of the Minnesota General Rules of Practice.** You must still send your written response to the Complaint even if you expect to use alternate means of resolving this dispute.

/s/ *Damien Lashaun Nelson*

**Dated: May 23rd 2025**                    Damien Lashaun Nelson
                                                                      **970 Pickett Street North**
                                                                      **Bayport, Minnesota 55003-1489 USA**
**I, the undersigned, herby affirm under penalty of perjury that the above and foregoing statements are true and correct.**

**Subscribed and affirmed on this 23  day of May 2025.**

/s/ *Damien Lashaun Nelson*

**Damien Lashaun Nelson**
**970 Pickett Street North**
**Bayport, Minnesota 55003-1489 USA**
**Email:Damien.Lashaun1989@Gmail.com**
**Phone No. (901)-653-4522**

EXHIBIT E

FILED    FIRST JUDICIAL DISTRICT
DAKOTA COUNTY, Court Administrator

**STATE OF MINNESOTA**

JUN 02 2025

**DISTRICT COURT**

**COUNTY OF DAKOTA**

**FIRST JUDICIAL DISTRICT**

Case Type: Civil/Others/Misc.

---

Damien Lashaun Nelson

Plaintiff,

Court File No: 19HA-CV-25-*3514*

v.

**COMPLAINT AND
DEMAND FOR JURY TRIAL**

Burnsville Police Department and
Detective Brad Robert Litke, Officer
Nickolas Larson, Ray Gutzman, Police
Officers John Doe and Jane Doe 1-3,
Burnsville Employees; whose identities
are presently unknown to Plaintiff, in
their individual and Official Capacities,
Defendant(s).

---

Plaintiff for His Complaint, Plaintiff Damien Lashaun Nelson, by and through
himself, and or Attorneys, Legal Assistance(s) Against the Defendant(s), The
Burnsville Police Department and Detective Brad Robert Litke, Officer Nickolas
Larson, Ray Gutzman, Police Officers John Doe and Jane Doe 1-3, Burnsville
Employees; whose identities are presently unknown to Plaintiff, in their individual
and Official Capacities, States and Alleges as Following:


### INTRODUCTION:

1. This Civil Action is Brought by the Plaintiff, Damien Lashaun Nelson, against
   the Defendants for the Unlawful Seizure of Personal Property without a
   Search Warrant. The Defendants seized Property from the Plaintiff's Home

EXHIBIT E

in Burnsville Minnesota, On August 6ᵗʰ 2020, including Phones, Electronics, and Other Personal Items. As A result of these Actions, The Plaintiff suffered Mental Anguish, Pain and Suffering, Emotional Distress, and Loss of Wages.

## Parties

*1.* Plaintiff: Damien Lashaun Nelson **("Damien Lashaun")** an individual residing in Bayport, and **Washington County, Minnesota.**

2. Defendant: **Burnsville Police Department** is a municipal police department located in Burnsville Dakota County, Minnesota.

3. Defendant: Detective Bradley (**"Brad"**) Litke is a Detective employed by the Burnsville Police Department, with duties including evidence handling and case management. Detective Litke is sued in his official and individual capacities.

4. Defendant: Officer **Nickolas Larson** was a law enforcement officer employed by the Burnsville Police Department, with duties were at all times relevant to this complaint and whom were acting Police Officer of the Burnsville Police Department, Officer Nick Larson is sued in his official and individual capacities.

EXHIBIT E

5. Defendant: Officer **Ray Gutzman** is a law enforcement officer employed by the Burnsville Police Department, with duties were at all times relevant to this complaint and whom were acting Police Officer of the Burnsville Police Department, Officer Ray Gutzman is sued in his official and individual capacities.

6. Defendants John and Jane Does 1-3 are Police Officers and/or Burnsville City Employees whose identities are presently unknow to the Plaintiff and are being sued in their official and individual capacities.

## Jurisdiction

This Court has Subject-Matter Jurisdiction pursuant to *Minn. Stat. § 484.01*, as the acts and omissions complained of occurred in Dakota County, Minnesota and applicable federal laws.

## Venue

Venue is Proper under Dakota County under *Minn. Stat.§ 542.09* because the events giving rise to this action occurred in this County. This action is best resolved in the County of Dakota.

EXHIBIT E

## FACTUAL ALLEGATION:

1. On or about **August 6ᵗʰ 2020**, Defendants unlawfully entered the Plaintiff's home without a search warrant and seized personal property, including iPhone, Electronics, and other items.

2. The Plaintiff was not provided with any Justification for the Seizure and was not given the opportunity to retrieve his Property.

3. The unlawful actions of the Defendants have caused the Plaintiff to suffer significant mental anguish, pain and suffering, emotional distress, and loss of wages.

4. Plaintiff was mentally incapacitated during the relevant time period and could not bring this lawsuit within the standard limitations period due to his mental health conditions, including severe Depression, Major Depressive Disorder with psychotic features, schizophrenia, suicide ideations, etc. which lead to his suicide attempts in late 2020 and 2023.

5. Plaintiff now brings this action within the extended limitations period provided under the Minn. Stat. § 541.15 (a) for individual with mental illness.

6. As a result of Defendants actions, Plaintiff suffered loss of access to his trade secrets, digital assets, email accounts, business accounts, and music, which has caused significant damages to his business and reputation.



EXHIBIT E

## CLAIMS FOR RELIEF:

### COUNT 1: VIOLATION OF FOURTH AMENDMENT RIGHT:

1. Plaintiff incorporates by reference the preceding paragraph as though fully set forth herein.

2. The Seizure of The Plaintiff's Property without a warrant Constitutes a Violation of The Fourth Amendment of the United States Constitution.

### COUNT 2:  BREACH OF STATE LAW:

1. Plaintiff incorporates by reference the preceding paragraph as though fully set forth herein.

2. The Defendants' action violated Minnesota Statutes related to the Unlawful Search and Seizure.

### COUNT 3:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS:

1. Plaintiff incorporates by reference the preceding paragraph as though fully set forth herein.

2. The Defendants acted in a manner that was extreme and outrages, causing severe emotional distress to Plaintiff.

EXHIBIT E

## COUNT 4:  NEGLIGENCE:

1. Plaintiff incorporates by reference the preceding paragraph as though fully set forth herein.

2. The Defendants failed to exercise reasonable care in the execution of their duties, leading to the Unlawful Seizure of the Plaintiff's Property.

## DAMAGES

As a direct result of Defendants actions Plaintiff has suffered Damages, including but not limited to:

1. Mental Anguish

2. Pain and Suffering

3. Emotional Distress

4. Loss of Wages

5. Economic losses associated with unauthorized release of trade secrets, digital funds, and intellectual property;

6. Loss of access to business and email accounts, resulting in Damages to Plaintiff business operations;

7. Emotional Distress from the loss of confidential and personal property;

EXHIBIT E

8. Damage to Plaintiffs business reputation; and

9. Attorney and legal assistance fees and costs as permitted by law.

10. The Plaintiff is **seeking damages in the amount of $10.5 Million** for the harm suffered as a result of the Defendants' Unlawful actions.

## Prayer for Relief

Wherefore, Plaintiff, individually defined herein, prays for relief as follows:

A. Judgement against the Defendants for **$10.5 Million in Damages,** Including:

- Lost revenue from missed business opportunities.

- Cost associated with delays and legal fees.

B. Compensatory Damages in an amount to be determined at trial, including Damages for the value of the property, trade secrets, digital funds, and other confidential information wrongfully taken;

C. Punitive Damages as permitted by law, due to the reckless and intentional nature of Defendants conduct;

D. Public apology and retraction statement to be made by Defendant(s).

E. Any further relief the court deems just and equitable.

F. Declarative relief.

G. Cost.

H. Attorney fees.

EXHIBIT E

I. Legal Assistance Fees aside from Attorney fees costs incurred in pursing this action;

### Jury Demand

Plaintiff demands a trial by jury of all issues triable pursuant to Rule 38 of the Federal Rules of Civil Procedures.

Dated:  May 23rd 2025                    /s/ *Damien Lashaun Nelson*

Signed under the penalty of perjury

Damien Lashaun Nelson

Pro Se

Temp. Mailing Address

970 Pickett Street N.

Bayport, Minnesota 55003-1489

Email: Damien.Lashaun1989@gmail.com

Phone No. (901).653.4522

EXHIBIT E

## Acknowledgement

The above hereby Acknowledges that cost, disbursements, and witness fee may be awarded pursuant to Minnesota statute Section 549.211, Subdivision 3 to the party against whom the allegation in the pleading are asserted.

EXHIBIT E

Filed in District Court
State of Minnesota
6/2/2025

State of Minnesota

Dakota County

District Court

First Judicial District

| Court File Number: **19HA-CV-25-3514** |
|---|

Case Type: Civil Other/Misc.

## Deficiency Notice – Civil Case

DAMIEN LASHAUN NELSON
MCF STILLWATER
OID# 243200
970 PICKETT STREET N
BAYPORT MN  55003

**DAMIEN LASHAUN NELSON vs Burnsville Police Department, Officer Brad Robert Litke, Officer Nick Larson, Officer Ray Gutzman, Police Officers John Doe and Jane Doe 1-3, Burnsville Employees; whose identies are presently unknown to Plaintiff in their individual and Official Capacities**

---

**Return of Documents**:

☐    Your _____ is being returned at the discretion of the judge / judicial officer.

☐    You previously filed these documents electronically.  The originals are not to be filed but must be maintained by you to be made available to the court or any party upon request (Rules of Civil Procedure 5.05).

☐    These documents are required to be filed through eFile and Serve (eFS) (General Rules of Practice 14.01).

---

**Rejection of Documents (Rules of Civil Procedure 5.04):**

☐    Documents submitted to the wrong court for filing.

☐    Incorrect court file number.

☐    No or insufficient filing fee.  The fee to file is $ _____ .

☐    Discovery submission not authorized by court, and there is no court rule permitting the submission.

☐    The document(s) contain a restricted identifier or other non-public information submitted in violation of Rules 11.02, 11.03, or 11.04 (Rules of Civil Procedure 5.04(4)).

    ☐    You submitted public document(s) that contain restricted identifiers (such as social security numbers, employer identification numbers, and financial account numbers).  The restricted identifiers must be redacted from the document(s).  You must resubmit the redacted document(s) and submit the restricted identifiers on Confidential Information Form 11.1.

    ☐    You submitted non-public document(s) (such as a W-2, pay stubs, bank statements, and tax returns) without the Cover Sheet for Non-Public Documents (Form 11.2).  You must re-submit the non-public documents along with the Cover Sheet for Non-Public Documents (Form 11.2).

---

**We are Unable to Provide the Requested Service:**

☐    Judgment cannot be docketed without an Affidavit of Identification of Judgment Debtor.

## EXHIBIT E

☐ You have requested attorney fees.  You must submit a proposed order and required supporting documentation.

☐ The original Note/Draft/Bill of Exchange is required (Rules of Civil Procedure 55.01(e)).

☐ No or insufficient fee.  The fee for this service is $        .

☐ Other:          .

---

**Your document(s) has / have been accepted, but the following issues have been identified and need to be corrected.  Please respond promptly.**

☐ At your court appearance         Judge / Judicial Officer         directed you to file        by         date.  The document(s) has/have not been filed and the judge / judicial officer has determined        .

☐ There has been no activity in this case since        .  Please advise of status or intended action within 30 days of this notice.

☐ You filed a document by fax on        , a fax fee of $25 is due within seven days of filing in addition to any fees noted above.

☐ Document(s) is / are not signed.

☐ The document(s) submitted is / are of poor quality, illegible, or otherwise unusable, as follows:         . Another version of the document(s) (may / must) be submitted.

☒ Other:  Missing Affidavit of Service for each defendant. Also, please file a civil cover sheet per Minn. Gen. R. Prac. 104.

---

**Your document(s) has / have been accepted, but the document security has been changed.**

☐ You filed a document on        as a non-public document.  Your document(s) has / have been accepted, but the document security that you incorrectly designated as confidential or sealed has been changed to public.  Review the Rules of Public Access to Case Records and the Access to Case Records Table for information on what court filings are considered non-public.  Court records are presumed public unless there is a statute, court rule, or court order that allows a filing to be treated as confidential or sealed. If e-Filing documents, consult the list of filing codes within the Civil Case Type Index (includes civil, family, and probate case types) to find the appropriate filing code.  The Civil Case Type Index can be accessed at www.mncourts.gov/efile and then click the "eFile and eServe Resources" tab.

☐ You filed a Confidential Information Form 11.1 or Cover Sheet for Non-Public Documents (Form 11.2) on        with the intent to keep information non-public when there is no basis to do so and that information must be publicly accessible under court rules.  Form 11.1 must only be used for filing restricted identifiers as set forth under Minn. Gen. R. Prac. 11.  Form 11.2 must only be used when submitting non-public documents.  There must be specific legal authority that authorizes the classification of a document as non-public.  Both Form 11.1 and Form 11.2 have limited purposes and they cannot be used as a means to treat public information or documents as non-public.

A filer must first ask the court to approve their request to submit a document for filing as "confidential" or "sealed" unless that document is a non-public document under court rules, court order, or other applicable law.  See Minn. Gen. R. Prac. 11.04; 14.06.  If no such rule, statute, or court order exists, the information is public.

Dakota County District Court

**EXHIBIT E**

1560 Highway 55
Hastings MN  55033

Make checks for payment of fees to Court Administrator.  Please do not mail cash.  Note file number on check.
We will proceed to process this matter for you when any deficiencies as noted above have been resolved.
Refer to www.mncourts.gov for forms and instructions.
If your case is heard by the Court and you did not pay your fees, those fees that are owed and unpaid may be
referred for collection and collection costs.
If the matter proceeds without payment of a required fee, the court may refer the fee for collection and
collection costs will be added.  Minn. Stat. § 480.15, subd. 10c.

Dated: June 02, 2025                              Maria King
                                                  Court Administrator
                                                  Dakota County District Court
                                                  651-377-7180

CC:   DAMIEN LASHAUN NELSON

EXHIBIT E

**State of Minnesota**                                          **District Court**

County of:_____Dakota_____                    Court File Number:_19HA-CV-25-3514_

Judicial District: _First_                           Case Type: _Civil Other/Misc._

_Damien Lashaun Nelson_

**Plaintiff/Petitioner**

**VS/AND** Burnsville Police Department, Officer Brad Robert Litke,
Officer Nick Larson, Officer Ray Gutzman, Police Officerts John Doe and
Jane Doe 1-3, Burnsville Employees; whose identities are presently
unknown to Plaintiff in their individual and official capacities
**Defendant/Respondent**

## Order Granting Inmate Fee Waiver Request
Minn. Stat. § 563.02

Based on the affidavit of the applicant, _____Damien Lashaun Nelson_____, and

the authority of Minn. Stat. § 563.02,

**IT IS ORDERED:**

1. The applicant  is authorized to proceed under a full or partial fee waiver.

2. ☐ The applicant shall not be required to pay any fees, costs, and security.

   **OR**

   ☐ The applicant is authorized to proceed upon the initial payment to the Court of

   $_____ (which is 50% of the balance of the inmate account).  The

   Commissioner of Corrections is directed to withdraw this amount and shall continue

   making withdrawals from the inmate's account and forward the amounts withdrawn

   to the court administrator at intervals as the applicable  funds equal at least $10 until

   the entire filing fee of $_____ has been paid. *

3. All necessary pleadings in this proceeding shall be served by the sheriff of the

   appropriate county as requested without paying any fees or costs.

4. If funds are recovered by either settlement or judgment in this action, the costs

   deferred, and expenses directed by the Court to be paid in this order shall be included in

**EXHIBIT E**

such settlement or judgment and shall be paid directly to the court administrator by the opposing party.

5. This order expires one year from the date of this order, unless otherwise amended or altered by the court.

Recommended by:                                    BY THE COURT:

_____          _____
Referee of District Court          Date          Judge of District Court          Date


**\*** **NOTICE TO INMATE:** If you choose not to proceed under this provision, you must notify the Commissioner of Corrections immediately to stop the withdrawal of funds. Your pleadings will not be returned to start service of the action until payment has been received by the Court.

**EXHIBIT E**

Filed in District Court
State of Minnesota
06/02/2025

**State of Minnesota**                                                **District Court**

County of:____Dakota____                    Court File Number:__19HA-CV-25-3514__

Judicial District: __First__                         Case Type: __Civil Other/Misc.__

__Damien Lashaun Nelson__

**Plaintiff/Petitioner**

**VS/AND** Burnsville Police Department, Officer Brad Robert Litke,
Officer Nick Larson, Officer Ray Gutzman, Police Officerts John Doe and
Jane Doe 1-3, Burnsville Employees; whose identities are presently
unknown to Plaintiff in their individual and official capacities

**Defendant/Respondent**

## Order Granting Inmate Fee Waiver Request
Minn. Stat. § 563.02

Based on the affidavit of the applicant, __Damien Lashaun Nelson__, and

the authority of Minn. Stat. § 563.02,

**IT IS ORDERED:**

1.  The applicant is authorized to proceed under a full or partial fee waiver.

2.  ☒ The applicant shall not be required to pay any fees, costs, and security.

    **OR**

    ☐ The applicant is authorized to proceed upon the initial payment to the Court of

    $_____ (which is 50% of the balance of the inmate account).  The

    Commissioner of Corrections is directed to withdraw this amount and shall continue

    making withdrawals from the inmate's account and forward the amounts withdrawn

    to the court administrator at intervals as the applicable funds equal at least $10 until

    the entire filing fee of $_____ has been paid. *

3.  All necessary pleadings in this proceeding shall be served by the sheriff of the

    appropriate county as requested without paying any fees or costs.

4.  If funds are recovered by either settlement or judgment in this action, the costs

    deferred, and expenses directed by the Court to be paid in this order shall be included in

EXHIBIT E

such settlement or judgment and shall be paid directly to the court administrator by the opposing party.

5.  This order expires one year from the date of this order, unless otherwise amended or altered by the court.

Recommended by:                                    BY THE COURT:

_____        _____
Referee of District Court          Date      Judge of District Court          Date


**\*   NOTICE TO INMATE:**  If you choose not to proceed under this provision, you must notify the Commissioner of Corrections immediately to stop the withdrawal of funds.  Your pleadings will not be returned to start service of the action until payment has been received by the Court.

MINNESOTA JUDICIAL BRANCH

Filed in District Court
State of Minnesota
6/3/2025

State of Minnesota                                                    District Court
Dakota County                                                First Judicial District

| Court File Number: **19HA-CV-25-3514** |

Case Type: Civil Other/Misc.

**Notice of Filing of Order**

FILE COPY

---

**DAMIEN LASHAUN NELSON vs Burnsville Police Department, Officer Brad Robert Litke, Officer Nick Larson, Officer Ray Gutzman, Police Officers John Doe and Jane Doe 1-3, Burnsville Employees; whose identities are presently unknown to Plaintiff in their individual and Official Capacities**

You are notified that on June 02, 2025, the following was filed:

Order Granting Fee Waiver

Dated: June 3, 2025                          Maria King
                                             Court Administrator
                                             Dakota County District Court
                                             1560 Highway 55
                                             Hastings MN  55033
                                             651-377-7180

cc:  DAMIEN LASHAUN NELSON

A true and correct copy of this notice has been served pursuant to Minnesota Rules of Civil Procedure, Rule 77.04.

EXHIBIT E

Filed in District Court
State of Minnesota
06/03/2025

STATE OF MINNESOTA                                    DISTRICT COURT

DAKOTA COUNTY                                    FIRST JUDICIAL DISTRICT

| Court File Numbers: | **19HACV-24-5704**<br>**19HACO-25-264**<br>**19HACV-25-3514** |
| --- | --- |

Damien Lashaun Nelson
v.
Burnsville Police Dept., Bradley Litke
_____

Damien Lashaun Nelson
v.
Shea Leann Lachman aka Shea Leann
Toombs

_____

Damien Lashaun Nelson

v.

Burnsville Police Department, Officer Brad
Robert Litke, Officer Nick Larson, Officer
Ray Gutzman, Police officers John Doe and
Jane Doe 1-3, Burnsville Employees; whose
identities are presently unknown to Plaintiff
in their individual and Official Capacities

**ORDER FOR JUDICIAL ASSIGNMENT**

This matter came administratively before the undersigned as Assistant Chief Judge of the First
Judicial District.  Files 19HACV-24-5704 and 19HACO-25-264 were previously assigned to
Judge Marks, who has been removed by Defendants.  The undersigned has further reviewed the
files and notes that a new file (19HACV-25-3514) has been opened involving the same parties.
Due to the fact that the Plaintiff is in custody and for judicial efficiency as the files have many
parties and issues in common, they should be assigned to a single judge.

**ORDER**

1. Court Files 19HACV-24-5704, 19HACO-25-264, 19HACV-25-3514 shall be assigned
   to Judge Luis Morales.

Dated:   June 3, 2025                    BY THE COURT

_____
Christopher J. Lehmann
Judge of District Court

**EXHIBIT E**

State of Minnesota
First Judicial District
Dakota County District Court
www.co.dakota.mn.us/courts



Maria King
Court Administrator

Filed in District Court
State of Minnesota
06/05/2025

June 05, 2025

File Copy

RE: DAMIEN LASHAUN NELSON vs Burnsville Police Department, Officer Brad Robert
    Litke, Officer Nick Larson, Officer Ray Gutzman, Police Officers John Doe and Jane Doe
    1-3, Burnsville Employees; whose identities are presently unknown to Plaintiff in their
    individual and Official Capacities
    Dakota County File # 19HA-CV-25-3514

Dear File Copy:

The above-referenced matter has been assigned to the Honorable Luis Morales,
District Court Judge.  All future hearings shall be scheduled before Judge Luis Morales.

Communication regarding all pending and future court dates will be handled by the assigned
judge team.  Please refer to the assigned Judge when calling Court Administration.

Mandatory eFiling for attorneys and government agencies is effective July 1, 2015.  Upon receipt
of this notice you must immediately register for e-service.

Sincerely,
Dakota County District Court
Scheduling Division
1560 Highway 55 W
Hastings, MN  55033
651-377-7180

cc:  Judge Luis Morales
     DAMIEN LASHAUN NELSON
     Burnsville Police Department
     Brad Robert Litke
     Ray Gutzman
     Nick Larson

**EXHIBIT E**



EXHIBIT E

Filed in District Court
State of Minnesota
6/5/2025

State of Minnesota                                     District Court
Dakota County                                   First Judicial District

| Court File Number: **19HA-CV-25-3514** |
| --- |

Case Type: Civil Other/Misc.

FILE COPY

**Notice of Filing of Order**

---

**DAMIEN LASHAUN NELSON vs Burnsville Police Department, Officer Brad Robert Litke, Officer Nick Larson, Officer Ray Gutzman, Police Officers John Doe and Jane Doe 1-3, Burnsville Employees; whose identities are presently unknown to Plaintiff in their individual and Official Capacities**

You are notified that on June 03, 2025, the following was filed:

           Order-Other

Dated: June 5, 2025                      Maria King
                                          Court Administrator
                                          Dakota County District Court
                                          1560 Highway 55
                                          Hastings MN  55033
                                          651-377-7180

cc:   DAMIEN LASHAUN NELSON
      Burnsville Police Department
      Brad Robert Litke
      Ray Gutzman
      Nick Larson

A true and correct copy of this notice has been served pursuant to Minnesota Rules of Civil Procedure, Rule 77.04.

EXHIBIT E

Filed in District Court
State of Minnesota
6/24/2025

State of Minnesota                                        District Court
Dakota County                                    First Judicial District

| Court File Number: **19HA-CV-24-5913** |
| **19HA-CV-24-5704** |
| **19HA-CV-25-3514** |
| **19HA-CO-25-264** |

Case Type: Civil Other/Misc.

## Deficiency Notice – Civil Case

FILE COPY

**DAMIEN LASHAUN NELSON vs Burnsville Police Department**

---

**Return of Documents**:

☐    Your _____ is being returned at the discretion of the judge / judicial officer.

☐    You previously filed these documents electronically.  The originals are not to be filed but must be maintained by you to be made available to the court or any party upon request (Rules of Civil Procedure 5.05).

☐    These documents are required to be filed through eFile and Serve (eFS) (General Rules of Practice 14.01).

---

**Rejection of Documents (Rules of Civil Procedure 5.04):**

☐    Documents submitted to the wrong court for filing.

☐    Incorrect court file number.

☐    No or insufficient filing fee.  The fee to file is $_____ .

☐    Discovery submission not authorized by court, and there is no court rule permitting the submission.

☐    The document(s) contain a restricted identifier or other non-public information submitted in violation of Rules 11.02, 11.03, or 11.04 (Rules of Civil Procedure 5.04(4)).

   ☐    You submitted public document(s) that contain restricted identifiers (such as social security numbers, employer identification numbers, and financial account numbers).  The restricted identifiers must be redacted from the document(s).  You must resubmit the redacted document(s) and submit the restricted identifiers on Confidential Information Form 11.1.

   ☐    You submitted non-public document(s) (such as a W-2, pay stubs, bank statements, and tax returns) without the Cover Sheet for Non-Public Documents (Form 11.2).  You must re-submit the non-public documents along with the Cover Sheet for Non-Public Documents (Form 11.2).

---

**We are Unable to Provide the Requested Service:**

☐    Judgment cannot be docketed without an Affidavit of Identification of Judgment Debtor.

---

MNCIS-CIV-120                    STATE    Deficiency Notice                    10/23

## EXHIBIT E

☐ You have requested attorney fees.  You must submit a proposed order and required supporting documentation.

☐ The original Note/Draft/Bill of Exchange is required (Rules of Civil Procedure 55.01(e)).

☐ No or insufficient fee.  The fee for this service is $        .

☒ Other: All parties are responsible for uploading their exhibits into MNDIS. See enclosed Standing Order and MNDES Guidelines .

---

**Your document(s) has / have been accepted, but the following issues have been identified and need to be corrected.  Please respond promptly.**

☐ At your court appearance          Judge / Judicial Officer          directed you to file          by          date.  The document(s) has/have not been filed and the judge / judicial officer has determined          .

☐ There has been no activity in this case since          .  Please advise of status or intended action within 30 days of this notice.

☐ You filed a document by fax on          , a fax fee of $25 is due within seven days of filing in addition to any fees noted above.

☐ Document(s) is / are not signed.

☐ The document(s) submitted is / are of poor quality, illegible, or otherwise unusable, as follows:          . Another version of the document(s) (may / must) be submitted.

☐ Other:

---

**Your document(s) has / have been accepted, but the document security has been changed.**

☐ You filed a document on          as a non-public document.  Your document(s) has / have been accepted, but the document security that you incorrectly designated as confidential or sealed has been changed to public.  Review the Rules of Public Access to Case Records and the Access to Case Records Table for information on what court filings are considered non-public.  Court records are presumed public unless there is a statute, court rule, or court order that allows a filing to be treated as confidential or sealed. If e-Filing documents, consult the list of filing codes within the Civil Case Type Index (includes civil, family, and probate case types) to find the appropriate filing code.  The Civil Case Type Index can be accessed at www.mncourts.gov/efile and then click the "eFile and eServe Resources" tab.

☐ You filed a Confidential Information Form 11.1 or Cover Sheet for Non-Public Documents (Form 11.2) on          with the intent to keep information non-public when there is no basis to do so and that information must be publicly accessible under court rules.  Form 11.1 must only be used for filing restricted identifiers as set forth under Minn. Gen. R. Prac. 11.  Form 11.2 must only be used when submitting non-public documents.  There must be specific legal authority that authorizes the classification of a document as non-public.  Both Form 11.1 and Form 11.2 have limited purposes and they cannot be used as a means to treat public information or documents as non-public.

A filer must first ask the court to approve their request to submit a document for filing as "confidential" or "sealed" unless that document is a non-public document under court rules, court order, or other applicable law.  See Minn. Gen. R. Prac. 11.04; 14.06.  If no such rule, statute, or court order exists, the information is public.

Dakota County District Court

EXHIBIT E

1560 Highway 55
Hastings MN  55033

Make checks for payment of fees to Court Administrator.  Please do not mail cash.  Note file number on check.
We will proceed to process this matter for you when any deficiencies as noted above have been resolved.
Refer to www.mncourts.gov for forms and instructions.
If your case is heard by the Court and you did not pay your fees, those fees that are owed and unpaid may be
referred for collection and collection costs.
If the matter proceeds without payment of a required fee, the court may refer the fee for collection and
collection costs will be added.  Minn. Stat. § 480.15, subd. 10c.

Dated: June 24, 2025                          Maria King
                                              Court Administrator
                                              Dakota County District Court
                                              651-377-7180

CC:   DAMIEN LASHAUN NELSON

**EXHIBIT E**

Filed in District Court
State of Minnesota
7/7/2025 8:02 AM



Dakota County Sheriff's Office
Civil Division
1580 Highway 55
Hastings, MN 55033-0247
651-438-4780

# AFFIDAVIT OF SERVICE

ATTORNEY/COURT FILE#: 19HACV253514

I,

THOMAS, ANDREW; Special Duty Deputy; 160

HEREBY CERTIFY THAT ON

**6/17/2025** AT **12:53:00 PM**

IN THE CITY OF

BURNSVILLE

IN THE SAID COUNTY OF Dakota    STATE OF MINNESOTA

I DULY SERVED THE FOLLOWING DOCUMENT(S):

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

UPON THE FOLLOWING PARTY:

**RAY GUTZMAN**

BY PERSONALLY LEAVING A COPY WITH:

a person of suitable age and discretion then residing therein at usual place of abode,

AT THE FOLLOWING ADDRESS:

**100 CIVIC CENTER PKWY BURNSVILLE, MN 55337**

SERVED STAFF AT PD

THOMAS, ANDREW; Special Duty Deputy; 160

RECORD #: 219661        7/3/2025 EXHIBIT E Page 4 of 4        CASE #: 25002799

Filed in District Court
State of Minnesota
7/7/2025 8:02 AM



Dakota County Sheriff's Office
Civil Division
1580 Highway 55
Hastings, MN 55033-0247
651-438-4780

# AFFIDAVIT OF SERVICE

ATTORNEY/COURT FILE#: 19HACV253514

I,

THOMAS, ANDREW; Special Duty Deputy; 160

HEREBY CERTIFY THAT ON

**7/3/2025** AT **7:56:00 AM**

IN THE CITY OF

BURNSVILLE

IN THE SAID COUNTY OF Dakota    STATE OF MINNESOTA

I DULY SERVED THE FOLLOWING DOCUMENT(S):

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

UPON THE FOLLOWING PARTY:
**NICK LARSON**

BY PERSONALLY LEAVING A COPY WITH:
**NICK LARSON**

AT THE FOLLOWING ADDRESS:
**100 CIVIC CENTER PKWY BURNSVILLE, MN 55337**

THOMAS, ANDREW; Special Duty Deputy; 160

Filed in District Court
State of Minnesota
7/7/2025 8:02 AM



Dakota County Sheriff's Office
Civil Division
1580 Highway 55
Hastings, MN 55033-0247
651-438-4780

# AFFIDAVIT OF SERVICE

ATTORNEY/COURT FILE#: 19HACV253514

I,

THOMAS, ANDREW; Special Duty Deputy; 160

HEREBY CERTIFY THAT ON

**6/17/2025** AT **12:56:00 PM**

IN THE CITY OF

BURNSVILLE

IN THE SAID COUNTY OF Dakota    STATE OF MINNESOTA

I DULY SERVED THE FOLLOWING DOCUMENT(S):

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

UPON THE FOLLOWING PARTY:
**BURNSVILLE POLICE DEPARTMENT**

BY PERSONALLY LEAVING A COPY WITH:

AT THE FOLLOWING ADDRESS:
**100 CIVIC CENTER PARKWAY BURNSVILLE, MN 55337**

SERVED STAFF AT PD

THOMAS, ANDREW; Special Duty Deputy; 160

Filed in District Court
State of Minnesota
7/7/2025 8:02 AM



Dakota County Sheriff's Office
Civil Division
1580 Highway 55
Hastings, MN 55033-0247
651-438-4780

# AFFIDAVIT OF SERVICE

ATTORNEY/COURT FILE#: 19HACV253514

I,

THOMAS, ANDREW; Special Duty Deputy; 160

HEREBY CERTIFY THAT ON

**6/17/2025** AT **12:53:00 PM**

IN THE CITY OF

BURNSVILLE

IN THE SAID COUNTY OF Dakota    STATE OF MINNESOTA

I DULY SERVED THE FOLLOWING DOCUMENT(S):

SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL

UPON THE FOLLOWING PARTY:
**BRADLEY ROBERT LITKE**

BY PERSONALLY LEAVING A COPY WITH:

a person of suitable age and discretion then residing therein at usual place of abode,

AT THE FOLLOWING ADDRESS:
**100 CIVIC CENTER PKWY BURNSVILLE, MN 55337**

SERVED STAFF AT PD

THOMAS, ANDREW; Special Duty Deputy; 160